FILED
APR - 4 2013
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ▓▓▓ DEPUTY

~~SEALED~~

13-8207-WM

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### December 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. <u>13CR1128-BEN</u> |
| Plaintiff, | **I N D I C T M E N T** <br> **(Superseding)** |
| v. | Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine; Title 21, U.S.C., Secs. 952, 960(b)(1)(H) and 963 - Conspiracy to Import Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Distribution of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ <br> CARRIE BROWN-RODRIGUEZ (4), <br> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ <br> Defendants. | |

FILED by ▓▓▓ D.C.
APR 15 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

FAS:nlv(lml):San Diego
4/4/13

1   The grand jury charges:

2   Count 1

3   Beginning at a date unknown and continuing through February 2013,
4   within the Southern District of California and elsewhere, defendants
5   ████████████████████████████████████████████████████████████████
6   CARRIE BROWN-RODRIGUEZ, ██████████████████████████████████████
7   ████████████████████████████████████████████████████████████████
8   ████████████████████████████████████████████████████████████████
9   ████████████████████████████████████████████████████████████████
10  ████████████████████████████████████████████████████████████████
11  ████████████████████████████████████████████████████████████████
12  ███████ did knowingly and intentionally conspire together and
13  with each other and with other persons known and unknown to the grand
14  jury to distribute 50 grams and more of methamphetamine (actual) or
15  500 grams and more of a mixture containing methamphetamine, a
16  Schedule II Controlled Substance; in violation of Title 21, United
17  States Code, Sections 841(a)(1), (b)(1)(A)(viii) and 846.

18  Count 2

19  Beginning at a date unknown to the grand jury and continuing up
20  to and including February 2013, within the Southern District of
21  California, and elsewhere, defendants ████████████████
22  ███████████ CARRIE BROWN-RODRIGUEZ, ████████████████
23  ███████████ did knowingly and intentionally conspire together and
24  with each other and with other persons known and unknown to the grand
25  jury to import 50 grams and more of methamphetamine (actual) or
26  500 grams and more of a mixture containing methamphetamine, a
27  Schedule II Controlled Substance, into the United States from a place
28  //

2

outside thereof; in violation of Title 21, United States Code, Sections 952, 960(b)(1)(H) and 963.

### Count 3

On or about June 27, 2012, within the Southern District of California, defendants ███████████████ CARRIE BROWN-RODRIGUEZ, ███████████████████████████████ ███ did knowingly and intentionally distribute 50 grams and more of methamphetamine, to wit: approximately 109.9 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

### Count 4

On or about October 19, 2012, within the Southern District of California, defendant ███████████ did knowingly and intentionally distribute 50 grams and more of methamphetamine, to wit: approximately 176 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

### Count 5

On or about December 5, 2012, within the Southern District of California, defendant ███████████ did knowingly and intentionally possess with the intent to distribute 50 grams and more of methamphetamine, to wit: approximately 56.4 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

//
//
//

Count 6

On or about December 22, 2012, within the Southern District of California, defendants ▌▌▌▌▌ did knowingly and intentionally possess with the intent to distribute 50 grams and more of methamphetamine, to wit: approximately 54.8 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

Forfeiture Allegations

Forfeiture for Title 21 Violation

The allegations contained in Counts 1 through 6 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

As a result of the commission of the felony offenses alleged in Counts 1 through 6 of this indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Section 853(a)(1) and 853(a)(2), defendants ▌▌▌▌▌ CARRIE BROWN-RODRIGUEZ, ▌▌▌▌▌ shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting,

4

or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this indictment including but not limited to: specifically describe any vehicles, cash, firearms, (make, model, serial number) etc.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant -

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATE: April 4, 2013.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
FRED SHEPPARD
Assistant U.S. Attorney

5